1  TAMARA W. ASHFORD
   Acting Assistant Attorney General
2
   BORIS KUKSO
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C.  20044
5  202-353-1857 (v)
   202-307-0054 (f)
6  Boris.Kukso@usdoj.gov

7  Of Counsel:
   BENJAMIN B. WAGNER
8  United States Attorney

9              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,       )    Case No. 2:13-CV-01567-WBS-KJN
                                   )
           Plaintiff,              )    **JUDGMENT ON THE FIRST AND**
12                                 )    **SECOND CLAIMS FOR RELIEF**
       v.                          )
13                                 )
   RICHARD A. STIKES; , et al.,    )
14                                 )
           Defendants.             )
15 _____)

16

17
       Pursuant to the stipulation between Plaintiff the United States and Defendants Richard
18
   and Theresa Stikes, JUDGMENT is hereby entered on the First and Second Claims for Relief
19
   stated in the First Amended Complaint as follows:
20

21   1. Judgment is entered against Richard Stikes and for the United States on the First Claim

22      For Relief in the amount of $299,875.71. Richard Stikes is indebted to the United States

23      for that amount, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601,

        6621(a)(2), from November 15, 2014, until the judgment is paid.

                                            1

2. Additionally, judgment is entered against Richard and Theresa Stikes and for the United States on the Second Claim For Relief in the amount of $721,141.30.  Richard and Theresa Stikes are jointly and severally indebted to the United States for that amount, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from November 15, 2014, until the judgment is paid.

IT IS SO ORDERED.

Dated:  November 7, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE