UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Richard A. Stikes, et al.,<br><br>　　　　Defendant. | Case No. 2:13-cv-1567-WBS-KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

California Franchise Tax Board; HSBC Finance Corp dba "HFC, Member HSBC Group" and "Beneficial, Member HSBC Group"; SureWest Communications fka Roseville Telephone Company; and WAHR Financial Group LLC

Date: December 08, 2014                              MARIANNE MATHERLY, CLERK

                                                                                    By: /s/  K. Zignago
                                                                                    Deputy Clerk