IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:13-CV-01567-WBS-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD A. STIKES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER AUTHORIZING SALE OF REAL PROPERTY
AND DISTRIBUTING PROCEEDS**

On May 20, 2015, Joel E. Wright was appointed as a Receiver (ECF No. 41) for the

purposes of assisting in the enforcement of the federal tax liens against certain real property

located at 10404 Sky Circle, Grass Valley, CA, Parcel No. 23-200-08-000 (the Real Property),

more particularly described as:

> LOT 8 OF SKY PINES SUBDIVISION, AS SHOWN ON THE OFFICIAL
> MAP THEREOF, FILED IN THE OFFICE OF THE NEVADA COUNTY
> RECORDER ON APRIL 15, 1966, IN BOOK 2 OF MAPS, AT PAGE 68.

1

13261175.1

EXCEPTING THEREFROM ALL THE MINARALS AND ORE 100 FEET BELOW THE SURFACE WITH THE RIGHT TO EXTRACT AND MINE THE SAME WITHOUT DISTURBING THE SURFACE AS SET FORTH IN THE INSTRUMENT DATED MAY 23, 1963, RECORDED MAY 27, 1963 IN BOOK 336, PAGE 290, OFFICIAL RECORDS, EXECUTED BY RAYMOND T. DEVORE, ET AL TO ILENE ALLEN.

TOGETHER WITH EASEMENTS FOR INGRESS AND EGRESS PURPOSES, AS SHOWN ON THE OFFICIAL MAP OF SKY PINES SUBDIVISION, FILED IN THE OFFICE OF THE NEVADA COUNTY RECORDER ON APRIL 15, 1966,  IN BOOK 2 OF MAPS, AT PAGE 68.

The Receiver has obtained an offer to purchase the Real Property from Gary Rolapp Prudler (Prudler) and recommends that the Real Property be sold to Prudler. The United States of America, California Department of Veterans Affairs (CalVet), and Richard and Theresa Stikes have stipulated and requested an order authorizing the Receiver to sell the Real Property and to distribute the proceeds.

Pursuant to the parties' stipulation and 26 U.S.C. §§ 7402(a) and 7403(d) IT IS HEREBY ORDERED THAT:

1. The sale of the Real Property to Gary Rolapp Prudler for $295,000 is authorized. Upon the receipt of the purchase price, the Receiver is directed to execute the attached receiver's deed transferring title of the Real Property to Prudler, or as directed by him.

2. The sale shall be free and clear of any rights, titles, claims, liens, or interests of the Receiver or any of the parties to this action, to wit:

   (1) California Department of Veterans Affairs;

   (2) Richard and Theresa Stikes;

   (3) California Franchise Tax Board;

   (4) California Employment Development Department;

2

13261175.1

(5) HSBC Finance Corp. dba "HFC, Member HSBC Group" and "Beneficial, Member HSBC Group;"

(6) SureWest Communications fka Roseville Telephone Company;

(7) WAHR Financial Group LLC;

(8) Commercial Trade Inc.;

(9) The United States' federal tax liens.

3. The proceeds of sale of the Property should be distributed as follows:

    a. First, for any reasonable and necessary costs of sale actually incurred, not to exceed $3,400;

    b. Second, to the Receiver in the amount of $17,700 (6% of the gross purchase price);

    c. Third, $5,000 to Prudler toward closing costs;

    d. Fourth, to the County of Nevada for real property taxes and other local taxes and assessments due and owing as of closing date, that are secured by or attach to the Real Property;

    e. Fifth, to CalVet in the amount sufficient to fully satisfy and release its interest in the Real Property ($21,695.13 as of November 26, 2015);

    f. Sixth, the remaining net proceeds to the United States to be applied toward the Stikes' federal tax liabilities.

4. The Receiver is authorized to sign all necessary documents and instruct the title company to conduct the closing and make all distributions consistent with this Order.

3

13261175.1

5.  In the event that Prudler fails to pay over the full purchase price for the Property to the Receiver within 60 days of this Order, he will forfeit the $1,000 initial deposit he made, and the Receiver may continue to market the property to other prospective buyers pursuant to the Order Appointing Receiver.

Dated:  November 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

13261175.1