IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD A. STIKES; , et al., )<br>)<br>Defendants. )<br>_____) | Case No. 2:13-CV-01567-WBS-KJN<br><br>**[PROPOSED] ORDER VACATING STATUS CONFERENCE AND CLOSING CASE** |

The Plaintiff, the United States of America, filed its status report ahead of the February 1, 2016 status conference, reporting that the real property at issue in this case has been sold and proceeds distributed pursuant to this Court's Order of November 18, 2015.  The sale of the real property resolves all claims for relief requested in the Complaint.

THEREFORE, IT IS ORDERED THAT the continued status conference currently set for February 1, 2016 is VACATED;

//

1

1     IT IS FURTHER ORDERED THAT this case is CLOSED.

3     Dated: January 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE